FILED
March 3, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>SEAN CHAICHANHDA,<br><br>      Defendant. | Case No. 2:16CR00134-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SEAN CHAICHANHDA__, Case No. __2:16CR00134-KJM__, Charge __18USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of $__

    ✔    Unsecured Appearance Bond $__50,000.00__

    __  __    Appearance Bond with 10% Deposit

    __  __    Appearance Bond with Surety

    __  __    Corporate Surety Bail Bond

    ✔    (Other)    __Pretrial conditions as stated on the record.__

**The defendant shall be released on** 3/6/2017 at 9:00 am.

Issued at __Sacramento, CA__ on __March 3, 2017__ at __2:59 pm__.

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court