KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
SEAN CHAICHANHDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SEAN CHAICHANHDA,<br><br>            Defendants. | No. 16-CR-00134-KJM<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SPECIAL CONDITIONS OF PRETRIAL RELEASE<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable Carolyn K. Delaney |

After conferring with Pretrial Services; by stipulation, Defendant seeks to add provisions 15 & 16 to the Court's previously issued Pretrial Release Order issued by the Hon. Allison Claire on March 3, 2017.

15.     You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Allison Claire, courtroom 26, on Tuesday, March 21, 2017 at 10:30 AM; and

16.     You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

1  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant SEAN CHAICHANDA; that the above two Special Conditions of Release be added to the previously issued release conditions.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED.

Dated: March 6, 2017                         PHILLIP A. TALBERT
                                             UNITED STATES ATTORNEY

                                   by:   /s/ Richard Bender
                                         RICHARD BENDER
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated:  March  6, 2017                   /s/ Kyle R. Knapp
                                         KYLE KNAPP
                                         Attorney for Defendant
                                         SEAN CHAICHANHDA

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the Special Conditions of Release for Mr. Chaichanhda are modified to include the following provisions:

15. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Allison Claire, courtroom 26, on Tuesday, March 21, 2017 at 10:30 AM; and

16. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

**IT IS SO ORDERED**.

Dated:  March 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE