KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
SEAN CHAICHANHDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-00134-KJM-7 |
| Plaintiff, | STIPULATION AND ORDER REGARDING SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| SEAN CHAICHANHDA, | Date: n/a |
| | Time: n/a |
| Defendants. | Judge: Honorable Deborah Barnes |

After conferring with Pretrial Services; by stipulation, Defendant seeks to amend provision number 14 of the Court's previously issued Pretrial Release Order issued by the Hon. Allison Claire on March 3, 2017. Instead of the former Home Detention requirement, it will be amended to a curfew requirement as follows:

14. Curfew: You must remain inside your residence every day from **7:00 PM to 7:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff and Kyle

1

Knapp, attorney for defendant SEAN CHAICHANDA; that Special Conditions of Release Number 14 be amended as set forth above.

All other terms and conditions of release shall remain in place.

IT IS SO STIPULATED.

Dated: August 21, 2017          PHILLIP A. TALBERT
UNITED STATES ATTORNEY

by: /s/ Richard Bender
RICHARD BENDER
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: August 21, 2017          /s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
SEAN CHAICHANHDA

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and Special Condition of Release number 14 for Mr. Chaichanhda is modified to remove the home detention requirement and substitute a curfew requirement.

The new requirement shall read:

14. Curfew: You must remain inside your residence every day from **7:00 PM to 7:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other terms and conditions shall remain as set.

**IT IS SO ORDERED**.

Dated: August 23, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE